IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER L. CHANEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                    CASE NO. 1D13-5570

DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed November 4, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Walter L. Chaney, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Daniel A. Johnson, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        The petition for writ of certiorari is denied on the merits.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.